UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, )<br>)<br>               **Plaintiff**   )<br>v.                         )<br>                           )<br>                           )<br>PEPSI-COLA,         )<br>                           )<br>           **Defendant**  )<br>                           ) | CASE NO._____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, PepsiCo., Inc., files this Notice of Removal of this case from the Superior Court in Kennebec County, State of Maine ("the State Court"), captioned as *Gregory Paul Violette v. Pepsi-Cola,* Docket No. CV-22-45, to the United States District Court for the District of Maine. Removal is proper because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.

### Background

1. On or about February 1, 2022, Plaintiff Gregory Paul Violette ("Violette"), served the Defendant, PepsiCo., Inc., with a Complaint against "Pepsi-Cola", that is captioned in the Superior Court for Kennebec County, State of Maine. A copy of the Complaint is attached hereto as Exhibit A ("Comp.").

2. Upon information and belief, Plaintiff filed his Complaint on February 18,

2022, in the Superior Court for Kennebec County, State of Maine.

## Jurisdiction

3.  This Notice of Removal is being filed within thirty (30) days of February 1, 2022, the date on which Defendant was served with the Summons and Complaint.

4.  This Court has jurisdiction over this action under 28 U.S.C. § 1332(a) because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, as detailed below.

5.  According to his Complaint, Violette is an individual living and domiciled in Maine. (Comp. at p. 1-2). Accordingly, Violette is a citizen of Maine. *See Padilla-Mangual v. Favila Hosp.*, 516 F.3d 29, 31 (1st Cir. 2008) (an individual is a citizen of "the place where he has his true, fixed home and principal establishment").

6.  PepsiCo, Inc. is incorporated in and has a principal place of business in North Carolina. Affidavit of PepsiCo, Inc., and filed contemporaneously herewith ("PepsiCo Affidavit"). Accordingly, PepsiCo, Inc. is a citizen of North Carolina. 28 U,S.C. § 1332(c)(l); *Harrison v. Granite Bay Care, Inc.*, 811 F.3d 36, 40 (1st Cir. 2016) (corporation is a citizen of every state in which it is incorporated and the state in which it has its principal place of business).

7.  The amount in controversy is at least $75,000.00. The Plaintiff claims $550,000.00 in damages. (Comp. at p. 2).

## Venue

8.  The United States District Court for the District of Maine is the federal

judicial district embracing the State Court where Plaintiff originally filed this suit. Venue is therefore proper under 28 U.S.C. §§ 99 and 1441(a).

## Miscellaneous

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide Plaintiff with written notice of this filing and will provide the State Court with a copy of such notice.

**WHEREFORE**, Defendant, by and through counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff and the filing of a copy of this Notice of Removal with the clerk of the State Court, effect the removal of said civil action to this Court.

Dated at Saco, Maine this 22st day of February, 2022.

/s/ William J. Gallitto, III
Attorney for Defendant
Bergen & Parkinson, LLC
144 Main Street
Saco, ME 04072
207-283-1000
*wgallitto@bergenparkinson.com*

## CERTIFICATE OF SERVICE

I certify that on February 22nd, 2022, I electronically filed the foregoing document via e- mail to the U.S. District Court, Portland, Maine and served same, via US Mail to *pro se* Plaintiff.

Dated: February 22nd, 2022

                                            /s/ William J. Gallitto, III
                                            Attorney for Defendant
                                            Bergen & Parkinson, LLC
                                            144 Main Street
                                            Saco, ME 04072
                                            207-283-1000
                                            *wgallitto@bergenparkinson.com*