EXHIBIT
A

STATE OF MAINE

STATE OF MAINE
SUPERIOR COURT
KENNEBEC, SS.

CIVIL ACTION
DOCKET NO.

Gregory Paul Violette,

    Plaintiff,

Vs.

PLAINTIFF'S CIVIL COMPLAINT
Product Liability

Pepsi-Cola,
Defendant.

## PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

- I have purchased the Pepsi-Cola Pepsi-cola over the last few years and have grown fat, gaining over 40 pounds.
- The defendant uses High Fructose Corn Syrup in their product.
- High Fructose Corn Syrup plays a role in the epidemic of obesity as stated by Dr. George A. Bray.
- Makes you eat & drink more than you should.
- Body does not digest, turns to fat.
- Stops body from Ex zorbing vitamins.
- Adds an unnatural amount of fructose to your diet.
- Increases your risk of fatty liver disease.
- Increases you risk of obesity and weight gain.
- Linked to diabetes.

1

- Contain no essential nutrients.
- I have been feeling fatigued and totally worn out most of the day.
- My mental illness has gotten worse over the past few months.
- My issues have all been caused by the High Fructose Corn Syrup in their product.
- I have over $5,566.00 in medical & mental health cost.
- Pepsi-Cola has committed an unlawful act and caused harm without legal justification or excuse.

## CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages, pain and suffering damages in the amount of $550,000.00 because of Defendant's Product Liability and their false advertising. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Waterville, Maine this 18th day of January 2022.


Gregory Paul Violette, Plaintiff
P.O. Box 2817
Waterville, Maine 04903
Phone Number: 207-399-7567

2