OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

| | | |
|---|---|---|
| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |

February 23, 2022

GREGORY PAUL VIOLETTE
P.O BOX 2817
WATERVILLE, ME 04903

RE: GREGORY PAUL VIOLETTE v. PEPSI-COLA
Civil No. 1:22-cv-00053-JAW

Dear Mr. Violette:

    This case was recently removed from the Kennebec County Superior Court. Enclosed please find a handout titled "Information for Pro Se Parties." This handout is intended for informational and practical purposes only, and in no way takes the place of an attorney's legal advice, but it may provide you with some answers to procedural and general questions.

                      Sincerely,
                      CHRISTA K. BERRY, CLERK


                      By: /s/ Robert Allen
                      Deputy Clerk

Encl.