U.S. DISTRICT COURT
DISTRICT OF MAINE United State District Court
BANGOR
RECEIVED & FILED          District of Maine

2022 MAR 24 P 3 03

Gregory Paul Violette )
Plaintiff,                                )

DEPUTY CLERK            )

v.                                        )            Case No. 1:22-cv-00053-JAW
                                          )
Pepsi-Cola,                               )
Defendant,                                )

### PLAINTIFF MOTION TO NOT DISMISS & REMAND CASE BACK TO SUPERIOR COURT

Now come Gregory Paul Violette, Plaintiff:

1. I have stated a claim upon which relief can be granted.  I ask the court if my complaint is not complete enough to PLEASE make an order for me to amend my complaint.
2. My complaint was NOT theory but facts.
3. Pepsi-Coal is defective it should be using real sugar in their Pepsi-Coal NOT HFCS.
4. Research has proven the HFCS causes the same illnesses that Pepsi-Cola caused to me.
5. The law does recognize that HFCS causes many illnesses or injury.
6. Consumer would reasonably believe that Sprite would have sugar to sweeten the taste NOT HFCS.
7. NO, a reasonable consumer would expect to find sugar NOT HFCS to sweeten Pepsi-Cola. The safer alternative to HFCS is use real sugar.
8. There is NOT adequate warning on Pepsi-Cola stating the use of HFCS and warning of the health risks causing illness and or injury.
9. There is NO comparative negligence, the whole fault is the defendants.
10. The defendant has committed an unlawful act and caused harm without legal justification or excuse.

1

11. This case should be remand back to Kennebec County Superior Court because the amount claim does NOT meet the required by the US District Court. Amount claimed includes punitive and exemplary damages which the US Court does NOT use to include into the $75,000.00 claimed.

WHEREFORE, the plaintiff requests the court to remand this case back to Kennebec County Court.

WHEREFORE, the plaintiff requests that this case NOT be dismissed for the reasons answered above.

Dated at Waterville, Maine this 23nd day of March 2022.

Gregory Paul Violette, Plaintiff
P.O. Box 2817
Waterville, Maine 04903
Phone Number: 207-399-7567

CERTIFICATE OF SERVICE

I certify that on March 23, 2022, I mailed, USPS, the forgoing documents to defendant.

Dated: March 23, 2022

Gregory Paul Violette
P.O. Box 2817
Waterville, ME 04903
Phone: 207-399-7567