Greg Violette
62 Old Point Ave
Madison, ME 04950

EASTERN MAINE 044
23 MAR 2022 PM 2 L



USMS

U.S. District Court
202 Harlow Street
Bangor, ME 04401

04401-496125