United State District Court
District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 APR 20 P 3: 13

DEPUTY CLERK

Gregory Paul Violette )
Plaintiff, )
 )
v. ) Case No. 1:22-cv-00053-JAW
 )
Pepsi-Cola, )
Defendant, )

## MOTION TO NOT DISMISS

Now come Gregory Paul Violette, Plaintiff:

1. I have stated a claim upon which relief can be granted.  <u>I ask the court if my complaint is not complete enough to PLEASE make an order for me to amend my complaint.</u>
2. My motion to NOT dismiss was filed timely.
3. I received the defendant's motion to dismiss on March 5, 2022, which gives me until March 25, 2022, to file my motion to not dismiss which I mailed March 23, 2022, within the time given?

WHEREFORE, the plaintiff requests the court to remand this case back to Kennebec County Court.

WHEREFORE, the plaintiff requests that this case NOT be dismissed for the reasons answered above.

Dated at Waterville, Maine this 19th day of April 2022.

*[signature]*

Gregory Paul Violette, Plaintiff
P.O. Box 2817
Waterville, Maine 04903
Phone Number: 207-399-7567

CERTIFICATE OF SERVICE

I certify that on April 19, 2022, I mailed, USPS, the forgoing documents to defendant.

Dated: April 19, 2022

Gregory Paul Violette
P.O. Box 2817
Waterville, ME 04903
Phone: 207-399-7567