Dr. Gregory Violette
62 Old Point Ave
Madison ME 04950



U.S. District Court
202 Harlow Street
Bangor, ME 04401

