UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | )   1:22-cv-00053-JAW |
| | ) |
| PEPSI-COLA, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision on Plaintiff's Motion to Remand the Case to Kennebec County Superior Court, filed May 25, 2022 (ECF No. 17), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion to Remand (ECF No. 12) be and hereby is GRANTED pursuant to 28 U.S.C. § 1447(c). As the Magistrate Judge noted, there are other motions pending in

this matter and the Court expressly does not act on those motions, reserving them on the docket for the Superior Court's consideration.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2022